**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patrick Devone WALKER, a/k/a**
**Pat, Defendant–Appellant.**

**No. 01–7407.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 21, 2001.

Patrick Devone Walker, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Patrick Devone Walker seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Walker*, No. CR–95–5 (W.D.N .C. filed Aug. 10, 2001; entered Aug. 13, 2001). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*